[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12812
Non-Argument Calendar
_____

D.C. Docket No. 8:14-cr-00462-VMC-AEP-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS JONATHAN QUIJIJ FRANCO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 27, 2016)

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Jeffrey G. Brown, appointed counsel for Carlos Franco in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of Franco's appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Franco's convictions and sentences are **AFFIRMED**.